JENNIFER CANGRO, Appellant, v GINA MARIE REITANO, Respondent. [937 NYS2d 856]

Because this action raises the same claims as those raised in a previous action that was dismissed as time-barred, it is foreclosed by res judicata (*see Ginezra Assoc. LLC v Ifantopoulos*, 70 AD3d 427, 429 [2010]; CPLR 3211 [a] [5]). In any event, the complaint states no causes of action upon which relief may be granted, as it merely sets forth bare legal conclusions (*see Caniglia v Chicago Tribune-N.Y. News Syndicate*, 204 AD2d 233 [1994]; CPLR 3211 [a] [7]). Moreover, even considering the merits of the defamation claims, the alleged defamatory statements were privileged as they were made in the course of court proceedings (*see Mintz & Gold, LLP v Zimmerman*, 56 AD3d 358, 359 [2008]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Sweeny, Acosta, Renwick and Román, JJ.